UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARA RIVERS,

    Plaintiff,

-v-

SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFY, BROTHER LOVE," et al.,

    Defendants.

---

25-cv-1726 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On July 22, 2025, plaintiff in the above-captioned matter filed on the electronic docket of this case a "Motion and Memorandum of Law in Support of [sic] for Leave to Effect Alternative Service on Defendants." ECF No. 161. Under Rule 2(b) of this Court's rules of individual practice, "[i]n order to bring on any contemplated motion or application of any kind whatever, . . . counsel for all affected parties must jointly call Chambers." This plaintiff did not do prior to filing her motion.

Accordingly, and without prejudice to plaintiff's renewing her motion upon following the Court's rules of individual practice, the Clerk of Court is respectfully directed to strike the motion at docket number 161.

SO ORDERED.

Dated:   New York, NY
           July 22, 2025

                                              JED S. RAKOFF, U.S.D.J.