UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA RIVERS,<br><br>      Plaintiff,<br><br>-v-<br><br>SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFY, BROTHER LOVE," et al.,<br><br>      Defendants. | 25-cv-1726 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On July 22, 2025, the Court ordered that the Clerk strike a motion filed by plaintiff in this matter for failure to comply with this Court's rules of individual practice. See ECF No. 165.

Plaintiff having now complied with those rules, the Court grants permission for plaintiff to refile her motion and directs that she do so no later than 5:00 p.m. on July 25, 2025.

    SO ORDERED.

Dated:   New York, NY
         July 23, 2025

                                        JED S. RAKOFF, U.S.D.J.