UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SARA RIVERS,                                             :
(formerly known as Sara Stokes)                          :
                              Plaintiff,      : Civil Case No.: 25-cv-01726-JSR
    v.                                                   :
                                                               :
SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF           :
DADDY, PUFFY, BROTHER LOVE", BAD BOY                    :
ENTERTAINMENT HOLDINGS, INC.,                            :
HARVE PIERRE, TRACY WAPLES,                              :
ALISON STANLEY, CHRIS SAINSBURY,                         :
DEVYNE STEPHENS, NORMA AUGENBLICK,                       :
DEREK WATKINS (a/k/a FONZWORTH BENTLEY),                 :
TONY DOFAT, MICKEY CARTER,                               :
DERIC ANGELETTIE (a/k/a "D.Dot" and                      :
"MADD RAPPER"), JASON WILEY,                             :
BAD BOY ENTERTAINMENT LLC,                               :
PHIL ROBINSON, SHAWN PEREZ,                              :
DADDY'S HOUSE RECORDING STUDIOS,                         :
BAD BOY PRODUCTIONS INC.,                                :
COMBS ENTERPRISES, LLC,                                  :
UNIVERSAL MUSIC GROUP,                                   :
UNIVERSAL MUSIC & VIDEO DISTRIBUTION CORP.,              :
JANICE COMBS, JANICE COMBS PUBLISHING INC.,              :
JANICE COMBS PUBLISHING HOLDINGS INC.,                   :
SEAN JOHN CLOTHING LLC.,                                 :
PARAMOUNT GLOBAL, VIACOM,                                :
MTV PRODUCTIONS,                                         :
JACKIE FRENCH, LOU PEARLMAN (estate of),                 :
BUNIM-MURRAY PRODUCTIONS,                                :
TOWNSQUARE MEDIA GROUP,                                  :
JOHN AND JANE DOES 1-50, and                             :
DOE ORGANIZATIONS 1-10                                   :
                                     Defendants.            :
-------------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF CAUSES**

Plaintiff, through undersign counsel, hereby submits its Notice of Withdrawal of Causes of Action in its Complaint[1] in compliance with the Court's minute entry on July 23, 2025,[2] and states as follows:

Plaintiff hereby withdraws the following causes of action from its Complaint:

1. Seventeenth Cause of Action, Intentional Infliction of Emotional Distress, with prejudice as to all Defendants;

2. Nineteenth Cause of Action, Tortious Interference with a Prospective Economic Advantage, with prejudice as to Defendant Diddy;

3. Twenty-first Cause of Action, Tortious Interference with an Existing Contract / Business Relationship, with prejudice as to Defendant Diddy; and

4. Twenty-second Cause of Action, Tortious Interference with a Contract, with prejudice as to Defendant Diddy.

Plaintiff hereby withdraws the following cause of action from its Complaint:

1. Fifteenth Cause of Action, Gender Motivated Violence Protection Act, with prejudice as to all Defendants EXCEPT Defendant Diddy.

Plaintiff requests this Court takes Notice of the removal of claims from Plaintiff's complaint and the Defendants in which the withdrawal affects.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF this 26th day of July 2025, upon all of record.

*Ariel E. Mitchell, Esq.*
Ariel E. Mitchell, Esq.
Florida Bar No. 125714
P.O. Box 12864
Miami, FL 33101

SO ORDERED
/s/ JSR USDJ
7-28-25

---

[1] ECF 1
[2] July 23, 2025, Minute entry (between ECF 169 and 170)

2

(305) 903-5835
Email service: ariel@arielesq.com
*Attorney for Plaintiff*
