IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SARA RIVERS, | : |
| Plaintiff, | : |
| - v. - | : CIVIL ACTION |
| SEAN COMBS, et al., | : Case No. 25-cv-1726-JSR |
| Defendant. | : |

---

**ARTHUR MICHAEL CARTER IV'S (SUED AS MICKEY CARTER) NOTICE OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated July 29, 2025, as well as the prior pleadings and proceedings in this matter, Defendant Arthur Michael Carter IV (sued as Mickey Carter) hereby moves this Court, before the Honorable Jed S. Rakoff, U.S.D.J., for an order pursuant to Rule 8 and Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the claims asserted against him in the Complaint with prejudice for failure to state a claim upon which relief can be granted. Pursuant to the scheduling order set forth in the Court's July 15, 2025 Minute Entry, Plaintiff's answering papers are to be filed no later than August 5, 2025, and Mr. Carter's reply papers are to be filed no later than noon on August 12, 2025. Oral argument on the motion is scheduled for August 13, 2025 at 11:00 a.m. in Courtroom 14B of 500 Pearl Street, New York, New York.

1

Dated: New York, New York
       July 29, 2025

                                        Zukerman Gore Brandeis
                                            & Crossman, LLP

                                  By: _/s/ Jeffrey L. Friesen_____
                                         Jeffrey L. Friesen
                                        Eleven Times Square
                                New York, New York 10036
                                (212) 223-6700
                                *Attorneys for Defendant*
                                *Arthur Michael Carter, IV (sued as Mickey Carter)*