# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
scott@leemonlaw.com
www.leemonlaw.com

-------------------------------------------------------------------------

August 11, 2025

**VIA ECF**
Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   *Rivers v. Combs, et al.*
               Dkt. No. 25-cv-1726-JSR

Dear Judge Rakoff:

     I write in reply to Plaintiff's August 5, 2025 opposition ("Opp.", ECF No. 184) to defendant Pierre's July 28 letter joining his codefendants' motions to dismiss the Complaint (ECF No. 176). Plaintiff, in her submission, mounts a conclusory, nonsensical defense of a conclusory, nonsensical pleading.[1] Her core assertion – that the factual predicates for her claims were "clearly illustrated" in "Making the Band," a television program that aired in the

---

[1] Plaintiff's objection to the format of our submission is unfounded. Pierre sought and received this Court's permission to submit a letter joining his codefendants' motions at the July 14, 2025, telephonic conference.

Honorable Jed S. Rakoff
August 11, 2025
Page 2

early 2000s (Opp. 2-3) – emphasizes the untimeliness of this action, which violates the statutes of limitation.

Plaintiff's explicit reliance upon Making the Band also drives home the futility of permitting an amended pleading. Despites its long and detailed summary of each episode of that program, the Complaint utterly fails to offer factual support for Plaintiff's causes of action. It's clear from Plaintiff's submission that an amended complaint would only present a longer and more minute study of Making the Band. In short, there is "nothing [to] suggest[] that Plaintiff may actually have a viable claim that was inartfully or insufficiently pleaded." *Frith v. Hill*, No. 07-cv-5899 (JSR), 2009 WL 3073716, at *18 (S.D.N.Y. Sept. 23, 2009) (adopting Judge Freeman's R&R). The flaw in Plaintiff's case is one of theory rather than execution.

Thus appended, Pierre respectfully joins his codefendants' motions to dismiss the Complaint with prejudice.

Respectfully submitted,

Scott Leemon

cc: All counsel (via ECF)