UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SARA RIVERS,

        Plaintiff,

    -v-                                        25-cv-1726 (JSR)

SEAN COMBS a/k/a "P. DIDDY, DIDDY,             ORDER
PUFF, PUFF DADDY, PUFFY, BROTHER
LOVE," et al.,

        Defendants.
```

JED S. RAKOFF, U.S.D.J.:

Before the Court are six motions to dismiss filed by various defendants in this action. See ECF Nos. 130, 132, 137, 171, 176, 177. Collectively, the motions seek dismissal of all twenty-two causes of action that plaintiff Sara Rivers asserts in her Complaint, arising chiefly from events that occurred more than twenty years ago.[1]

Upon full consideration of the parties' written submissions and the extensive oral argument heard on August 13, 2025, the Court hereby dismisses, finally and with prejudice, all the causes of action asserted against all defendants,[2] except for one cause of action against defendant Sean Combs. Specifically, determination of whether

---

[1] A few of these causes of action (namely, Counts Seventeen, Nineteen, Twenty-One, and Twenty-Two against all defendants and Count Fifteen against all defendants other than Sean Combs) were withdrawn by plaintiff while the motions were being briefed. See ECF No. 173. To the extent that the motions address the withdrawn causes of action, they are hereby granted as moot.

[2] The dismissal applies to all named defendants, including those not yet served. As a further result, plaintiff's pending motions for default judgment against defendants Townsquare Media Group and Alison Stanley, see ECF No. 182, are hereby denied as moot.

1

to dismiss, with or without prejudice, Count Fifteen, which is asserted only against defendant Sean Combs and asserts that he violated the New York City Victims of Gender-Motivated Violence Protection Act ("GMVPA"), N.Y.C. Admin. Code § 10-1104, is hereby stayed pending the judgment of the United States Court of Appeals for the Second Circuit as to whether a recent amendment to the GMVPA reviving certain claims is preempted by New York's Adult Survivors Act, N.Y. CPLR § 214-j.

An Opinion setting forth the reasons for these decisions will issue in due course. Meanwhile, the Clerk of Court is directed to close the motions at docket entries 130, 132, 137, 171, 176, 177, and 182.

SO ORDERED.

Dated: New York, NY
August 14, 2025

_____
JED S. RAKOFF, U.S.D.J.