**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
SARA RIVERS,                                                         :
    (formerly known as Sara Stokes)                 :
                                                    : Civil Case No.: 25-cv-01726-JSR
                     Plaintiff, :
                                                                  :
                         v. :
                                                                  :
SEAN COMBS, et. al.                                                  :
                                                                  :
                                                                  :
                     Defendants. :
---------------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given to Sean Combs, Bad Boy Entertainment Holdings Inc,., Harve Pierre, Tracy Waples, Alison Stanley, Chris Sainsbury, Devyne Stephens, Norma Augenblick, Derek Watkins, Mickey Carter, Deric Angelettie, Jason Wiley, Bad Boy Entertainment LLC, Phil Robinson, Shawn Perez, Daddy's House Recording Studios, Bad Boy Productions LLC, Combs Enterprises LLC, Universal Music Recordings Inc., Janice Combs, Janice Combs Publishing Inc., Janice Combs Publishing Holdings Inc., Sean John Clothing LLC, Paramount Global, Viacom, MTV Productions, Jackie French, Lou Pearlman, Bunim-Murray Productions, Townsquare Media Group, John and Jane Does and Doe Organizations (collectively "Defendants"), that Plaintiffs Sara Rivers hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment (ECF 195) entered on August 14, 2025, and all opinions and orders that merge therein, including the Opinion and Order (ECF 196) entered on August 19, 2025.

Dated: September 15, 2025

/s/*Ariel E. Mitchell, Esq.*
Ariel Mitchell, Esq.
Pro Hac Vice
P.O. Box 12864
Miami, FL 33101
(305) 903-5835
Email service: ariel@arielesq.com
*Attorney for Plaintiff*
