**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand twenty-five.

Sara Rivers, FKA Sara Stokes,

    Plaintiff - Appellant,

v.

Sean Combs, AKA P. Diddy, Diddy, Puff, Puff Daddy, Puffy, Brother Love, Bad Boy Entertainment Holdings, Inc., Harve Pierre, Tracy Waples, Alison Stanley, Chris Sainsbury, Devyne Stephens, Norma Augenblick, Derek Watkins, FKA Fonzworth Bentley, Tony Dofat, Mickey Carter, Deric Angelettie, AKA D.Dot and Madd Rapper, Jason Wiley, Bad Boy Entertainment LLC, Phil Robinson, Shawn Perez, Daddy's House Recording Studios, Bad Boy Productions, Inc., Combs Enterprises LLC, Janice Combs, Janice Combs Publishing, Inc., Janice Combs Publishing Holdings, Inc., Sean John Clothing LLC, Paramount Global, Viacom, MTV Productions, Jackie French, Lou Pearlman, Bunim Murray Productions, Townsquare Media Group, John and Jane Does 1?50, Doe Organizations 1?10, UMG Recordings, Inc.,

    Defendants - Appellees,

Universal Music & Video Distribution Corp., Universal Music Group,

    Defendants.

**ORDER**
Docket No. 25-2249

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 19, 2025

**MANDATE ISSUED ON 11/19/2025**

      A notice of appeal was filed on September 15, 2025. The Appellant's Form C due September 29, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

      IT IS HEREBY ORDERED that the appeal will be dismissed effective October 17, 2025 if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit