**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SARA RIVERS,

Plaintiff,

v.

SEAN COMBS,

Defendant.

Case No. 25-cv-01726 (JSR)

**CERTIFICATE OF SERVICE**

Michael Tremonte hereby certifies that a true and correct copy of Sher Tremonte LLP's Motion to Withdraw as Counsel and Supporting Declaration, both dated November 6, 2026, and Accompanying Exhibits (the "Motion") were served upon counsel of record for all parties by filing on ECF, and were served upon Mr. Combs by delivering a copy by email to his power of attorney and by USPS Priority Mail Express at the following address on November 6, 2026:

Sean Combs, Reg. No. 37452-054
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887

In addition, notice of Mr. Combs's December 14 deadline to respond to the Motion was served upon Mr. Combs by delivering a copy by email to his power of attorney on November 10, 2026, and by USPS Priority Mail Express at the same address above on November 9, 2026.

Dated: New York, New York
November 12, 2026

*/s/ Michael Tremonte*
Michael Tremonte